

# NUMBER 13-22-00383-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.C., A MINOR CHILD.

### On appeal from the County Court at Law No. 5
### of Nueces County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

Appellant, Mother, is appealing a final order terminating her parental rights. Mother's court appointed appellate attorney has filed a motion to withdraw on the basis that he has a conflict because he represented the child in another proceeding. As further discussed herein, we abate and remand this appeal to the trial court for the appointment of new counsel.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals and include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T CODE ANN., tit.2, subtit. F app. The appellant's brief is due within twenty days after the later of the date the clerk's record was filed or the date the reporter's record was filed, and appellee's brief is due within twenty days after the date the appellant's brief was filed. TEX. R. APP. P. 38.6(a), (b). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2(a). Therefore, this Court looks with disfavor to motions for extension of time to file a brief, and we limit extensions of time to file the brief to one ten-day extension of time absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

Appellant's brief in this matter is due on October 24, 2022. However, we are granting appellate counsel's motion to withdraw; thus, we are ordering the trial court to appoint new appellate counsel to represent Mother within seven days of this order. We further order that new appellate counsel file a brief within twenty days of being appointed and that appellee file its brief twenty days thereafter. *See* TEX. R. JUD. ADMIN. 6.2(a).

We grant appellate counsel's motion to withdraw, abate this appeal, and remand the cause to the trial court for appointment of new counsel within seven days of this order. The trial court must inform newly appointed counsel that Mother's brief is due to be filed within twenty days after new counsel is appointed. The trial court shall forward the order appointing new counsel, along with counsel's full name, mailing address,

2

telephone number, fax number, email address, and State Bar of Texas identification number to this Court in the form of a supplemental clerk's record within seven days from the date of this order.

PER CURIAM

Delivered and filed on the
20th day of October, 2022.